IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ASCION, LLC d/b/a REVERIE,

    Plaintiff,

  v.

ASHLEY FURNITURE INDUSTRIES, INC.,

    Defendant.

Case No. 19-cv-856-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ashley Furniture Industries, Inc. against plaintiff Ascion LLC d/b/a Reverie dismissing this case.

| s/ R. Swanson, Deputy Clerk | 3/16/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |